IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BENJAMIN A., through his parents MICHAEL and KAREN A.,**<br><br>v.<br><br>**UNIONVILLE-CHADDS FORD SCHOOL DISTRICT** | **CIVIL ACTION**<br><br>**NO. 16-2545** |

## **ORDER**

AND NOW, this 14th day of August 2017, having considered the Motions for Judgment on the Administrative Record of Plaintiff, B.A., through his parents Michael and Karen A., and Defendant, the Unionville-Chadds Ford School District, and all responses and replies thereto, it is hereby ORDERED, for the reasons stated in the foregoing memorandum, that Defendant's Motion (ECF 12) is GRANTED and Plaintiff's Motion (ECF 14) is DENIED.

Judgment is therefore entered in favor of Defendant and against Plaintiff. The Clerk of Court shall close this case.

                                                   **BY THE COURT:**

                                                   **/s/ Michael M. Baylson**
                                                   **Michael M. Baylson, U.S.D.J.**

O:\Jessica.2016\16-cv-2545, A v. Unionville-Chadds Ford School District\Order Re Judgment on Admin Record.docx